## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW HAMPSHIRE

```
***********************
Robinson Ellison,          *
Lisa Ellison, and          *
Robinson Ellison, Jr.,     *
      Plaintiffs           *
                           *
vs.                        *      CIVIL ACTION NO. 1:04-cv-68
                           *
Theodore Korontjis,        *
Stephen Schultz, and       *
The Town of Newmarket,     *
      Defendants           *
***********************
```

## ORDER ON MOTION FOR APPROVAL OF MINOR'S PORTION OF SETTLEMENT

Settlement approved.

Counsel fees in the amount of $4,000, plus apportioned costs in the amount of $481.05 for a total of $4,481.05 are allowed.

The balance amounting to $7,518.95 shall be deposited in a savings account in the TD BankNorth branch in Newmarket, New Hampshire in the name of Robinson Ellison, as Trustee for Robinson Ellison, Jr. No withdrawals shall be made, except as may be necessary to pay federal income taxes on the settlement proceeds, prior to the 18th birthday of said minor except on written approval of a Judge of competent jurisdiction. Said savings institution is authorized to pay over the full amount remaining in said account to the said Robinson Ellison, Jr. upon satisfactory proof that he has reached the age of 18 years.

So Ordered and Approved:

Date:    May 1, 2006                     /s/ Steven J. McAuliffe
                                        Presiding Justice, United States
                                        District Court for the District
                                        Of New Hampshire